## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:12CR00318-01 SWW |
| | ) | |
| MARCUS LAMONT EASON | ) | |

## ORDER

The defendant's motion for hearing (docket entry no. 16) is granted. The hearing will be conducted on Wednesday, May 1, 2013, at 2:00 p.m.

IT IS SO ORDERED this  24  day of April, 2013.

UNITED STATES MAGISTRATE JUDGE