# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                           NO. 4:12CR00318-001 SWW

MARCUS LAMONT EASON                                                   DEFENDANT

## ORDER

The jury trial shall commence **MONDAY, DECEMBER 16, 2013 AT 1:30 P.M.**, *IN COURTROOM #2A*. Counsel should be present 30 minutes prior to the time of trial for any pretrial matters.

IT IS SO ORDERED this 3rd day of December 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE